UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80158-CIV-MARRA/MATTHEWMAN

MORTON E. GOLDSTEIN,

    Plaintiff,

vs.

CITY OF BOYNTON BEACH, FLORIDA

    Defendant.

_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL

The Plaintiff and Defendant, by and through their undersigned attorneys stipulate and agree to the entry of a Final Order of Dismissal, with each party to bear their own costs and attorneys' fees and with prejudice to the Plaintiff.

| | |
|---|---|
| Barry S. Balmuth, Esq. | Michael T. Burke, Esq. |
| Barry S. Balmuth, P.A. | Johnson, Anselmo, Murdoch, |
| Centurion Tower, 11th Floor | Burke, Piper & Hochman, P.A. |
| 1601 Forum Place, Suite 1101 | 2455 East Sunrise Blvd., Suite 1000 |
| West Palm Beach, FL 33401 | Fort Lauderdale, FL 33304 |
| Telephone: 561-242-9400 | Phone: 954-463-0100 |
| Facsimile: 561-478-3433 | Fax: 954-463-2444 |
| By: /s/ Barry S. Balmuth | By: /s/ Michael T. Burke |
| Dated: October 23, 2013 | Dated: November 8, 2013 |