UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80158-CIV-MARRA/MATTHEWMAN

MORTON GOLDSTEIN,

Plaintiff,

vs.

CITY OF BOYNTON BEACH, FLORIDA,

Defendant.
_____/

### ORDER

This cause is before the Court upon the parties' Stipulation for Final Order of Dismissal (DE 20).  The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice.  The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of November, 2013.

_____
KENNETH A. MARRA
United States District Judge